UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALIDA ESTRADA ALVAREZ,<br><br>Defendant. | No. 2:17-cv-00926 TLN AC PS<br><br><br><br>ORDER |

Defendant is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On June 13, 2018, plaintiff filed a motion for terminating sanctions. ECF No. 15. Defendant has not responded to the motion.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of July 18, 2018 is CONTINUED to August 8, 2018, at 10:00 a.m. in Courtroom No. 26;
2. Defendant shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than July 25, 2018. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and may result in sanctions.

DATED: July 9, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE