UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIDA ESTRADA ALVAREZ, <br><br> Defendant. | No. 2:17-cv-00926 TLN AC PS <br><br><br> ORDER |

Defendant is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On August 1, 2018, the undersigned ordered the parties appear for a settlement conference in this case. ECF No. 17. On August 30, 2018, Magistrate Judge Carolyn K. Delaney, as the settlement judge, directed the Court's pro bono coordinator to appoint counsel for defendant and noted that the settlement conference will be re-set following appointment of counsel. ECF No. 22. On September 19, 2018, plaintiff moved for partial summary judgment. ECF No. 23.

Because appointment of counsel and a settlement conference are pending, no other matters will be heard in this case at this time. The case is STAYED pending the conclusion of the

////

////

////

1

settlement conference before Magistrate Judge Delaney.  Accordingly, plaintiff's motion for summary judgment (ECF No. 23) is VACATED.  IT IS SO ORDERED.

DATED: September 20, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE