1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    J & J SPORTS PRODUCTIONS, INC.,        No. 2:17-cv-00926 TLN AC PS

12              Plaintiff,

13        v.                                 ORDER APPOINTING LIMITED PURPOSE
                                             COUNSEL FOR PURPOSES OF
14    ALIDA ESTRADA ALVAREZ,                 SETTLEMENT

15              Defendant.

16

17        Defendant is proceeding in this action pro se.  On September 20, 2018, the court found

18   that the appointment of counsel for the limited purpose of representing defendant at a settlement

19   conference is warranted.  (ECF No. 24.)  Matthew N. Becker has been selected from the court's

20   pro bono attorney panel to represent defendant for this limited purpose and has agreed to be

21   appointed.

22                  Accordingly, IT IS HEREBY ORDERED that:

23    1.  Matthew N. Becker is appointed as limited purpose counsel in the above entitled matter.

24        This appointment is for the limited purpose of assisting defendant with preparing for and

25        participating in a settlement conference.

26    2.  Matthew N. Becker's appointment will terminate fifteen days after completion of the

27        settlement conference, or any continuation of the settlement conference.

28   ////

1

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Matthew N. Becker, Becker Law Practice, 333 University Ave., Suite 200, Sacramento, CA 95825.

DATED: September 21, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE