Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.  2:17-cv-00926-TLN-AC |
| Plaintiff, | ORDER |
| v. | |
| ALIDA ESTRADA ALVAREZ, | |
| Defendant. | |

## ORDER

It is hereby ordered that Joseph M. Gagliardi, Plaintiff's Authorized Representative in civil action number 2:17-cv-00926-TLN-AC styled *J & J Sports Productions, Inc. v. Estrada Alvarez,* is hereby granted permission to appear telephonically at the Settlement Conference scheduled for Tuesday, February 26, 2019 at 9:30 A.M.

**IT IS SO ORDERED**:

Dated:  February 13, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE