UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIDA ESTRADA ALVAREZ, <br><br> Defendant. | No. 2:17-cv-00926-TLN-AC <br><br><br> ORDER |

Defendant is proceeding in this action pro se. Accordingly, the matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 26, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 34.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 26, 2019, (ECF No. 34), are adopted in full.

///

2. Plaintiff's motion for partial summary judgement, (ECF No. 23), is GRANTED.

Dated: June 12, 2019

_____
Troy L. Nunley
United States District Judge