UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIDA ESTRADA ALVAREZ, <br><br> Defendant. | No. 2:17-cv-00926 TLN AC <br><br><br> ORDER SETTING BRIEFING SCHEDULE |

Defendant is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On February 22, 2019, all dates in this case were vacated to facilitate potential settlement. ECF No. 32. The case did not settle. On June 13, 2019, District Judge Troy L. Nunley adopted the undersigned's findings and recommendations granting plaintiff's motion for partial summary judgment. ECF Nos. 34, 35. Following a court order, plaintiff submitted a status report indicating it "respectfully requests the Court issue a briefing schedule for Plaintiff to file a motion wherein Plaintiff will seek the Court award damages concerning the Defendant's liability to Plaintiff for violation of Title 47 U.S.C Section 605 and for the tort of conversion of Plaintiff's Program at issue in this action. In Plaintiff's anticipated motion for damages, Plaintiff will concurrently request the Court dismiss Counts II & IV of Plaintiff's Complaint and additionally request an order from the Court permitting Plaintiff fourteen (14) days to submit its subsequent motion for attorneys' fees and

1

costs (as expressed fully provided for pursuant to Title 47 U.S.C Section 605 § 605(e)(3)(B)(iii).)" ECF No. 37 at 2.

Accordingly, the court hereby ORDERS that plaintiff shall file the anticipated motion described above no later than March 4, 2020. Defendant's response, if any, shall be due March 18, 2020. Reply briefing, if any, shall be due March 25, 2020. The motion will be taken under submission as of March 26, 2020.

IT IS SO ORDERED.

DATED: February 5, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE