UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTION,<br><br>Plaintiff,<br><br>v.<br><br>ALIDA ESTRADA ALVAREZ,<br><br>Defendant. | No. 2:17-cv-00926-TLN-AC<br><br>**ORDER** |

Defendant is proceeding *pro se* in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 2, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 41.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 2, 2020, are adopted in full;

2. Plaintiff's motion for damages (ECF No. 39) is GRANTED in part;

3. The Court awards to Plaintiff statutory and enhanced damages in the amount of

1

$6,600.00 for violation of § 605 and $2,200.00 in damages for the tort conversion;

    4. Plaintiff is granted 14 days from the entry of judgment to submit its motion for costs and attorneys' fees; and

    5. This case is closed.

DATED: May 12, 2020

Troy L. Nunley
United States District Judge