UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., | No. 2:17-cv-00926-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| ALIDA ESTRADA ALVEREZ, | |
| Defendant. | |

     Plaintiff, a California corporation, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

     On June 26, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 47.) Neither party has filed objections to the findings and recommendations.

     The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

     1. The findings and recommendations filed June 26, 2020, are ADOPTED IN FULL;

     2. Plaintiff's May 22, 2020 motion for Fees and Costs (ECF No. 44) is GRANTED; and

///

3. The Court awards attorneys' fees to Plaintiff in the amount of $4,050.00 and costs in the amount of $450.00.

DATED: August 3, 2020

*(signature)*
Troy L. Nunley
United States District Judge